IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY VANDERBUSCH, | 1:13-cv-01422-GSA (PC) |
|     Plaintiff, | ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS |
|     vs. | OR PAY FILING FEE WITHIN 30 DAYS |
| DR. ENENMOH, et al., | |
|     Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 5, 2013, Plaintiff filed the Complaint commencing this action, together with an application to proceed in forma pauperis and a certified copy of his prison trust account statement, pursuant to 28 U.S.C. § 1915. However, Plaintiff did not submit his application on the form used by this court. Plaintiff shall be granted an opportunity to submit a new application on the correct form.

Accordingly, IT IS HEREBY ORDERED that:

Within thirty (30) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. Plaintiff is not required to submit another copy of his prison trust account statement.

**No requests for extension of time will be granted without a showing of good cause**, and **failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **September 9, 2013**        /s/ **Gary S. Austin**
                                                                           UNITED STATES MAGISTRATE JUDGE