# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY W. VANDERBUSCH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN CHOKATOS,<br><br>　　　　Defendant. | Case No. 1:13-cv-01422-LJO-EPG (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO ALLOW EXCESSIVE PAGES**<br><br>(ECF No. 78) |

　　　　Plaintiff moves the Court for leave to allow excessive pages in his opposition to Defendants' motion for summary judgment. (ECF No. 78.)

　　　　Plaintiff's opposition brief (ECF No. 79) is 68 pages long, excluding the table of contents, the table of authority, and the exhibits. Plaintiff also points out that his brief is handwritten and as a result is much longer than it would be if it had been typed.

　　　　The Court finds good cause for and will accordingly grant the motion for leave to allow excessive pages.

\\\
\\\
\\\
\\\

IT IS ORDERED that Plaintiff's motion for leave to allow excessive pages (ECF No. 78) is GRANTED.

IT IS SO ORDERED.

Dated: __**August 29, 2018**__     /s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE