# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY W. VANDERBUSCH,<br><br>Plaintiff,<br><br>v.<br><br>JOHN CHOKATOS,<br><br>Defendant. | Case No. 1:13-cv-01422-LJO-EPG (PC)<br><br>**ORDER APPOINTING LIMITED PURPOSE COUNSEL FOR SETTLEMENT**<br><br>(ECF No. 97) |

Plaintiff, Gary W. Vanderbusch, is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. On October 9, 2018, plaintiff filed a motion for the appointment of counsel. (ECF No. 97.) The court finds that the appointment of counsel for plaintiff is warranted for the limited purpose of assisting plaintiff prepare for and participate in a settlement conference and will partially grant plaintiff's motion. M. Greg Mullanax has been selected from the Court's Pro Bono Attorney Panel to represent plaintiff for this limited purpose and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for the appointment of counsel is GRANTED in part, and M. Greg Mullanax is appointed as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of assisting plaintiff with preparing for and participating in a settlement conference.

2. M. Greg Mullanax's appointment will terminate fifteen days after completion of the settlement conference, or any continuation of the settlement conference. Prior to the termination of the appointment, the court will accord counsel the option of proceeding as plaintiff's appointed counsel. If counsel does not wish to continue representation of plaintiff after he has carried out his limited purpose, the court will consider appointing new counsel for plaintiff, if deemed appropriate at that time.

3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon M. Greg Mullanax, Law Office of M. Greg Mullanax, 2140 N. Winery Ave., Suite 101, Fresno, CA 93703.

IT IS SO ORDERED.

Dated: **October 24, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE