UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



FILED
FEB - 7 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY CLERK

| | |
|---|---|
| GARY VANDERBUSCH,<br><br>Plaintiff,<br><br>v.<br><br>JOHN CHOKATOS,<br><br>Defendants. | CASE NO. 1:13-cv-01422-LJO EPG PC<br><br>ORDER NO LONGER REQUIRED FOR SETTLEMENT CONFERENCE |

Settlement Conference as to Gary Vanderbusch, CDC #02425, has been concluded and can be returned to his permanent housing unit.

It is so ORDERED.

DATED: February 7, 2019

/s/ Sheila K. Oberto

SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE