# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY VANDERBUSCH,<br><br>Plaintiff,<br><br>v.<br><br>JOHN CHOKATOS,<br><br>Defendant. | Case No. 1:13-cv-01422-LJO-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 114) |

Plaintiff, Gary Vanderbusch, and Defendant, Joh Chokatos, have filed a stipulation to dismiss the entire action with prejudice (ECF No. 114). In light of the stipulation, the case has ended and is dismissed in its entirety with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: **June 27, 2019**        /s/ Erica P. Grosjean
                                UNITED STATES MAGISTRATE JUDGE